THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LYNDEN LOBBAN, Appellant.

Submitted October 27, 2014; decided November 18, 2014

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 dismissed upon

the ground that no application for leave to appeal pursuant to CPL 460.20 will lie from an order of a single Justice of the Appellate Division denying leave to appeal to that Court pursuant to CPL 460.15.